UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shelley Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10121-DRH |
| *Tina Cadotte v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13118-DRH |
| *Lisa Elaine Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11997-DRH |
| *Abby Cisko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10110-DRH |
| *Kelly Cushman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13018-DRH |
| *Elisa Fitzula v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10049-DRH |
| *Jaime Griffiths v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10737-DRH |
| *Hayley Hustedt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11466-DRH |
| *Stephanie D. Ivey v. Bayer Corporation, et al.* | No. 09-cv-20003-DRH |
| *Crystal Laird v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10899-DRH |
| *Theresa McCaffrey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10423-DRH |
| *Caitlin Murphy v. Bayer Corporation, et al.* | No. 13-cv-10192-DRH |
| *Victoria Oliver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10920-DRH |

| | |
|---|---|
| *Shanna Park v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10404-DRH |
| *Karyn Rivera v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11213-DRH |
| *Lynda Steigerwalt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10746-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 10, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.04.13 13:13:38 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2